Nathaniel Starbuck et al. vs. Jonathan Hall et al.

Defendant was allowed a commission, *without a stay*, where the cause had once been put over a circuit by defendant, on account of the absence of the same witness.

*Motion by Defendants for a Commission.*—Issue joined 9th February, 1844. Cause noticed for April circuit, and put over by defendants on account of the absence of the same witness, for which a commission is asked for. Cause noticed for November circuit, and a day or two previous to the circuit, notice of this motion was served. Defendants state they fully expected to be able to procure the attendance of the witness, until the notice for this motion was served, and that he is a material witness for defendants. Plaintiffs allege delay to be the object of the motion.

S. P. Nash, *Defts Counsel.*       Bockes & Nash, *Defts Attys.*
E. Pearson, *Plffs Counsel.*       J. P. Albertson, *Plffs Atty.*

*Decision.*—Motion granted, without stay, on payment of costs of preparing and attending the last Rensselaer circuit, and costs of opposing motion.